**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**


Seth Bader

    v.                                             Civil No. 06-cv-137-JM

NH Department of Corrections,
Commissioner


**ORDER**

    Re:  Document No. 21, <u>Motion for Reconsideration</u>

    Ruling: Denied.  The affidavit is untimely.  Plaintiff was a lawyer and counsel is a lawyer, both know or should know what Rule 56 requires.  Further, the state is not advocating religion. Plaintiff's examples are taken out of context in my view.

                                                              /s/ James R. Muirhead
                                                               James R. Muirhead
                                                               U.S. Magistrate Judge

Date:  April 1, 2008

cc:  Michael J. Sheehan, Esq.
     Deborah B. Weissbard, Esq.